■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VELASQUEZ,
Appellant. — Judgment, Supreme Court, Bronx County (Daniel McMahon, J.),
rendered on February 18, 1982, unanimously affirmed. Application by appel-
lant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386
US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and
agree with appellant's assigned counsel that there are no nonfrivolous points
which could be raised on this appeal. Concur — Murphy, P. J., Sandler,
Silverman, Fein and Kassal, JJ.

■ ONEDUR HOLDING CORP., Appellant-Respondent, v ILSE HESSLEIN, Respon-
dent, and MSB 605 PARKING CORP., Respondent-Appellant. — Order and
judgment (one paper), Supreme Court, New York County (Andrew Tyler, J.),
entered on December 20, 1982, unanimously affirmed for the reasons stated by
A. Tyler, J., at Special Term. Defendant-respondent shall recover of plaintiff-
appellant-respondent and defendant-respondent-appellant one bill of $75 costs
and disbursements of these cross appeals. Concur — Sandler J. P., Silverman,
Fein and Kassal, JJ.

■ SERBIAN EASTERN ORTHODOX DIOCESE FOR THE UNITED STATES OF AMERICA
AND CANADA, a Religious Body, et al., Respondents, v SERBIAN EASTERN
ORTHODOX DIOCESE FOR THE UNITED STATES OF AMERICA AND CANADA, a New
York Religious Corporation, et al., Appellants. — Order, Supreme Court, New
York County (Alfred Ascione, J.), entered on June 6, 1983, unanimously
affirmed for the reasons stated by A. Ascione, J., at Special Term, without costs
and without disbursements. Concur — Sullivan, J. P., Ross, Carro, Asch and
Bloom, JJ.

■ CIVIL SERVICE BAR ASSOCIATION, LOCAL 237, INTERNATIONAL BROTHER-
HOOD OF TEAMSTERS, Appellant, v ALLEN G. SCHWARTZ, as Corporation Counsel
of the City of New York, et al., Respondents. — Judgment, Supreme Court,
New York County (Hilda Schwartz, J.), entered on June 23, 1982, unani-
mously affirmed for the reasons stated by H. Schwartz, J., at Special Term,
without costs and without disbursements. Concur — Sandler, J. P., Silverman,
Fein, Milonas and Kassal, JJ. [114 Misc 2d 849.]

■ PAULINE FALDA, as Executrix of HENRY BERGER, Deceased, Respondent, v
JANET JACOBS et al., Appellants. — Order, Supreme Court, New York County
(Arthur Blyn, J.), entered on August 27, 1982, and order of said court (Allen M.
Myers, J.), entered on May 2, 1983 unanimously affirmed for the reasons
stated by A. Blyn, J., and A. M. Myers, J: Respondent shall recover of
appellants one bill of $75 costs and disbursements of these appeals. Concur —
Sandler, J. P., Silverman, Fein, Milonas and Kassal, JJ.

■ LYNNE BLAKE, Appellant, v SOL GOLDMAN et al., Respondents. — Order,
Supreme Court, New York County (Lester Evens, J.), entered on May 19, 1981,
unanimously affirmed, without costs and without disbursements. The appeal
from the order entered on June 10, 1983, is dismissed, without costs and
without disbursements, as said order is nonappealable. No opinion. Concur —
Kupferman, J. P., Sullivan, Asch and Milonas, JJ.